AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Elliot Resnick
*Defendant*

Case: 1:23-mj-58
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date: 3/14/2023
Description: Complaint with Arrest Warrant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Elliot Resnick,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3): Obstructing, Impeding, or Interfering with Law Enforcement During a Civil Disorder
18 U.S.C. § 111(a): Assault of or Interference with Law Enforcement
18 U.S.C. §§ 1752(a)(1): Entering and Remaining on Restricted Grounds
18 U.S.C. §§ 1752(a)(2): Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D): Disorderly or Disruptive Conduct on Capitol Grounds or in any of the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G): Parading, Picketing, or Demonstrating in Any of the Capitol Buildings

Date: March 14, 2023

*Issuing officer's signature* — 2023.03.14 12:10:50 -04'00'

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/14/23, and the person was arrested on *(date)* 3/16/23
at *(city and state)* New York, NY.

Date: 3/16/23

*Arresting officer's signature*

Special Agent Erica Dobin
*Printed name and title*